# First District Court of Appeal
## State of Florida

———————————————

No. 1D2025-1580

———————————————

JOSEPH L MITCHELL SR.,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

———————————————

On appeal from the Circuit Court for Bradford County.
James M. Colaw, Judge.

January 15, 2026

PER CURIAM.

   AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Joseph L Mitchell Sr., pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.